# EXHIBIT 2

Case 1:25-cv-01386-SDG   Document 1-2   Filed 03/17/25   Page 2 of 7

State Court of Fulton County
**E-FILED**
24EV007621
8/29/2024 9:14 PM
Donald Talley, Clerk
Civil Division

**IN THE STATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

JASON PRICE,
Plaintiff,
v.
ADVANCE AUTO PARTS, INC. / WORLDPAC, INC.,
Defendant.

CIVIL ACTION FILE NO.: _____

**PETITION FOR DAMAGES**

**INTRODUCTION**

Jason Price ("Plaintiff"),and resident of this Great State of Georgia, hereby brings this action against WorldPac, Inc. ("Defendant"), seeking redress for various violations of Georgia State Law, including unlawful directives, unsafe work environment, toxic work environment, physical assault, and fraudulent misrepresentation to the Department of Labor. Plaintiff seeks compensatory damages in the amount of $92,540, as well as any additional relief the Court deems just and proper.

**PARTIES**

1. **Plaintiff** is an individual residing in the State of Georgia, who was duly employed in Fulton County by Defendant during the relevant period.
2. **Defendant** is a corporation organized and existing under the laws of Fulton County in the State of Georgia, with its principal place of business at 4200 SIX FORKS RD, RALEIGH, NC, 27609, and incidentally doing business in Fulton County, Georgia at 1015 Collier Dr NW Atlanta, GA 30318, and with their registered agent, Corporation Service Company, located at 2 Sun Court, Suite 400, Peachtree Corners, GA, 30092.

**JURISDICTION AND VENUE**

3. This Court has jurisdiction over this matter pursuant to O.C.G.A. § 15-7-4, as the amount in controversy exceeds $15,000 and the causes of action arise under Georgia law.
4. Venue is proper in this Court pursuant to O.C.G.A. § 14-2-510(b)(3), as Defendant transacts business in Fulton County, Georgia, and the events giving rise to this complaint occurred within this jurisdiction.

**FACTUAL ALLEGATIONS**

5. Plaintiff began his employment with Defendant on or about Jan. 2021, initially as a contractor, and shortly thereafter, through impeccable work ethic, was offered full-time employment.
6. Throughout his employment, Plaintiff was subjected to unlawful directives from his supervisor, Willie Wilson, including but not limited to the illegal swapping of license plates and driving vehicles with improper registration.
7. On or about February 6th, 2024, Plaintiff refused to comply with these unlawful directives, resulting in an escalation of hostility from his supervisor and other company representatives.
8. Plaintiff was consistently provided with unsafe and unmaintained vehicles by Defendant for work-related purposes. These vehicles posed significant risks to Plaintiff's safety and well-being, adding unnecessary mental & emotional stressors to an already hectic environment.

9. Plaintiff and other employees documented a myriad of unsafe working conditions through video footage, photographs, and statements from employees, former employees, and vendors.
10. Plaintiff was subjected to a toxic work environment characterized by harassment, intimidation, constant misrepresentations, and undue stress, perpetuated by management & leadership staff.
11. On or about February 6th, 2024, an unprovoked attack was levied against Plaintiff, as he was physically assaulted by Assistant Manager Eric Johnson following Plaintiff's refusal to engage in further unlawful activities.
12. Defendant, through its agents, knowingly provided false information to the Department of Labor, resulting in the wrongful denial of unemployment benefits to Plaintiff.

**CAUSES OF ACTION**

**COUNT I: UNLAWFUL DIRECTIVES**
13. Plaintiff realleges and incorporates by reference paragraphs 1-12 as if fully set forth herein.
14. Defendant's actions, through its agents, in coercing Plaintiff to engage in illegal activities constitute a violation of O.C.G.A. § 34-7-20, which prohibits employers from requiring employees to perform illegal acts.
15. As a direct result of Defendant's unlawful directives, Plaintiff has suffered immensely, including but not limited to physical, mental, psychological, mental, and financial damages, severe emotional distress and the lingering potential legal liability.

**COUNT II: UNSAFE WORK ENVIRONMENT**
16. Plaintiff realleges and incorporates by reference paragraphs 1-12 as if fully set forth herein.
17. Defendant's failure to provide a safe working environment and properly maintain vehicles constitutes a violation of O.C.G.A. § 34-2-10, which mandates that employers furnish a place of employment that is safe for employees.
18. Plaintiff has suffered injuries, emotional distress, and financial loss as a direct result of Defendant's breach of its duty to provide a safe workplace.

**COUNT III: TOXIC WORK ENVIRONMENT**
19. Plaintiff realleges and incorporates by reference paragraphs 1-12 as if fully set forth herein.
20. Defendant's actions in fostering a toxic work environment violated Plaintiff's rights under O.C.G.A. § 34-7-20, which requires employers to maintain a workplace free from undue stress and harassment.
21. As a result of the toxic work environment, Plaintiff suffered emotional distress and harm to his well-being, culminating on February 6th, 2024 with the potentially fatal, near-death vasovagal syncope, a medical episode induced by the overwhelming stressors brought on by the Defendant's coercion to perform illegal directives.

**COUNT IV: ASSAULT AND BATTERY**
22. Plaintiff realleges and incorporates by reference paragraphs 1-12 as if fully set forth herein.
23. The physical assault perpetrated by Assistant Manager Eric Johnson constitutes an actionable claim under O.C.G.A. § 51-1-13, which defines assault and battery.
24. Plaintiff suffered physical and emotional injuries as a direct result of this assault, for which Defendant is vicariously liable.

**COUNT V: FRAUDULENT MISREPRESENTATION TO THE DEPARTMENT OF LABOR**
25. Plaintiff realleges and incorporates by reference paragraphs 1-12 as if fully set forth herein.
26. Defendant's actions in providing false information to the Department of Labor constitute fraud under O.C.G.A. § 51-6-1, which holds parties liable for false representations that cause harm.
27. Plaintiff was wrongfully denied unemployment benefits as a result of Defendant's fraudulent actions, and willful misrepresentations, directly resulting in financial harm to Plaintiff.

\*\*PRAYER FOR RELIEF\*\*

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Enter judgment in favor of Plaintiff against Defendant for the sum of $92,540;
b. Award Plaintiff compensatory damages for the severe emotional distress, physical and mental anguish, financial losses, unscrupulous treatment, reputational damage, related past/present/future medical expenses, and the deleterious untruths propagated against Plaintiff
c. Award Plaintiff legal costs and applicable attorney's fees as permitted by law;
d. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 20th day of August 2024.

_____
\*Plaintiff Jason Price, Pro Se\*

\*\*VERIFICATION\*\*

I, Jason Price, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

s/Jason Price
Jason Price, Plaintiff

Subscribed and sworn before me this 20th day of Aug., 2024.

Marvin Wooley
Notary Public, State of Georgia

My commission expires: 1/21/2027

[Notary Seal: MARVIN WOOLEY, NOTARY PUBLIC, COMMISSION EXPIRES Jan. 21, 2027, DEKALB COUNTY, GA]

Case 1:25-cv-01386-SDG   Document 1-2   Filed 03/17/25   Page 5 of 7

State Court of Fulton County
**E-FILED**
24EV007621
8/29/2024 9:14 PM
Donald Talley, Clerk
Civil Division

**Pauper's Affidavit**

GEORGIA, FULTON COUNTY

DO NOT WRITE IN THIS SPACE

**STATE COURT OF FULTON COUNTY**
Civil Division

CIVIL ACTION FILE #: _____

JASON PRICE
484 Bottesford Dr NW
Kennesaw, GA. 30144

Plaintiff's Name, Address, City, State, Zip Code

vs.

WORLDPAC, INC. (c/o Advance Auto Parts, Inc.)
4200 SIX FORKS RD, RALEIGH, NC, 27609

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $ 92,540 |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $ n/a |
| [X] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $ 1,500 |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $ _____ |
| [ ] SPECIAL LIEN | ************ |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

**SUMMONS**

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: JASON PRICE
Address: 484 Bottesford Dr
City, State, Zip Code: Kennesaw, GA, 30144        Phone No.: 269-274-1942

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

Donald Talley, Chief Clerk (electronic signature)

**SERVICE INFORMATION:**
Served, this _____ day of _____, 20_____.

_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

**WRITE VERDICT HERE:**
We, the jury, find for _____

This _____ day of _____, 20_____.    _____ Foreperson

(STAPLE TO FRONT OF COMPLAINT)

Case 1:25-cv-01386-SDG   Document 1-2   Filed 03/17/25   Page 6 of 7

State Court of Fulton County
**E-FILED**
24EV007621
8/29/2024 9:14 PM
Donald Talley, Clerk
Civil Division

**General Civil and Domestic Relations Case Filing Information Form**

☐ Superior or ☒ State Court of ___FULTON___ County

| For Clerk Use Only | |
|---|---|
| Date Filed _____ MM-DD-YYYY | Case Number _____ |

**Plaintiff(s)**
PRICE, JASON
Last   First   Middle I.   Suffix   Prefix

**Defendant(s)**
WorldPac, Inc.
Last   First   Middle I.   Suffix   Prefix

Plaintiff's Attorney _____   State Bar Number _____   Self-Represented ☒

Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
Case Number       Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

State Court of Fulton County
**E-FILED**
24EV007621
8/29/2024 9:14 PM
Donald Talley, Clerk
Civil Division

IN THE **STATE** COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JASON PRICE | ) |
| ———————————, | ) |
| Plaintiff / Petitioner, | ) Civil Action File No.: |
| | ) |
| v. | ) |
| | ) |
| | ) |
| WORLDPAC, INC. , | ) |
| Defendant / Respondent. | ) |

## ORDER ON AFFIDAVIT OF INDIGENCY

The ☒Petitioner/Plaintiff ☐Respondent/Defendant has presented an *Affidavit of Indigency* to the Court. Pursuant to O.C.G.A. § 9-15-2(d), the Court has reviewed the *Affidavit of Indigency* and the other initial pleadings including **Complaint/Petition**.

*After hearing held Aug. 28, 2024 the ct finds:*

☒ Affidavit Approved - It appears to the Court that the affiant is unable to pay the Court filing fees in this action. Therefore, the affiant's pleadings shall be filed, and the affiant shall be relieved from paying the filing fee, sheriff's/marshal's service fee, and other required court costs until a final order/judgment is entered or the case is dismissed.

☐ Affidavit Not Approved (Not indigent) – After a hearing, the affiant has not demonstrated that the affiant is unable to pay the filing fee and associated costs of this action. Therefore, the affiant shall not be relieved from paying the filing fee, sheriff's/marshal's service fee, or other required court costs.

☐ Affidavit Not Approved (No justiciable issue) – It appears to the Court that the pleading filed by the affiant shows on its face such a complete absence of any justiciable issue of law or fact that it cannot reasonably be believed that the Court could grant any relief against any party named in the pleading. It is hereby ORDERED that the affiant's request to file the pleading is hereby DENIED.

SO ORDERED, this **29** day of **August**, **2024**.

_____
Presiding Judge       JUDGE JANE MORRISON
Fulton County **Fulton** Court

*The duration of this Order terminates upon issuance of a Final Order in the case or a dismissal of the action.

Fulton Courts' Uniform Order on Affidavit of Indigency Approved July 27, 2017.
Provided by Fulton County Law Library Board of Trustees.