IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON PRICE,<br><br>        Plaintiff,<br><br>v.<br><br>WORLDPAC, INC.,<br><br>        Defendant. | CIVIL ACTION FILE<br>NO. 1:25-cv-01386-SDG |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT, WITH INCORPORATED MEMORANDUM OF LAW**

THIS MATTER came before the Court on Defendant Worldpac, LLC's, ("Defendant"), erroneously identified as Worldpac Inc., Motion for More Definite Statement, or in the Alternative, Motion to Dismiss (the "Motion"). For good cause shown, it is hereby:

**ORDERED AND ADJUDGED:**

1. Plaintiff's Motion is **GRANTED**;

2. As currently pled, Counts I, II, III, and IV fail due to preemption, and Count V fails due to failure to exhaust administrative remedies;

1

3. Plaintiff shall file an Amended Petition with this Court within ten (10) days of entry of this Order pursuant to Federal Rule of Civil Procedure 12(e) to include: (1) sufficient factual allegations to show why Plaintiff's claims are not barred statutorily; (2) additional factual allegations to properly assert causes of action under Georgia law, and (3) particular factual allegations related to Plaintiff's Count V (Fraudulent Misrepresentations to the Department of Labor) as required by Federal Rule of Civil Procedure 9(b); and

4. If Plaintiff fails to file an Amended Petition within ten (10) days as required by this Order, the Petition will automatically be dismissed with prejudice and the Clerk will be directed to close this case.

**SO ORDERED** this ___ day of _____, 2025.

_____
THE HONORABLE JUDGE STEVEN G. GRIMBERG
UNITED STATES DISTRICT JUDGE FOR THE
NORTHERN DISTRICT OF GEORGIA

4897-9541-1755 v.3