IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON PRICE,<br><br>    Plaintiff,<br><br>v.<br><br>WORLDPAC, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:25-cv-01386-SDG |

**DEFENDANT'S MOTION FOR ORDER TO SHOW CAUSE**
**WHY PLAINTIFF'S COMPLAINT SHOULD NOT BE DISMISSED**

COMES NOW, Defendant Worldpac, LLC, erroneously identified as WorldPac, Inc.[1] ("Worldpac"), by and through undersigned counsel, and hereby files this Motion for Order to Show Cause Why Plaintiff's Complaint Should Not Be Dismissed. In support thereof, Worldpac states as follows:

1. Plaintiff filed his Petition, *pro se*, in the State Court of Fulton County, Georgia, on August 29, 2024.

---

[1] Worldpac, Inc. is not the real party in interest to this litigation. The real party in interest, to the extent Worldpac has any liability for Plaintiff's claims, which it emphatically denies, is Worldpac, LLC. Worldpac, Inc. was converted to a limited liability company – Worldpac, LLC – on November 4, 2024. See Dkt. 1, Ex. 1.

2. Worldpac thereafter filed its Notice of Removal in this Court on March 17, 2025. [Dkt. 1]

3. On March 24, 2025, Worldpac filed its Motion to Dismiss, or in the Alternative, Motion for More Definite Statement (the "Motion"). [Dkt. 9]

4. A copy of the Motion was sent via certified mail, return receipt requested, to the Plaintiff at his home address. A copy of that letter is attached hereto as **Exhibit 1.**

5. Subsequently, on March 28, 2025 Worldpac properly served the Motion on Plaintiff. A copy of the confirmation of delivery is attached hereto as **Exhibit 2.**

6. Pursuant to Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, Plaintiff's response was due on April 11, 2025. LR 7.1(B), NDGa.

7. As of the date of filing this Motion, the Plaintiff has not responded to the Motion.

8. Pursuant to Local Rule 7.1, Plaintiff's failure to respond to the Motion "shall indicate that there is no opposition to the motion." LR 7.1(B), NDGa.

9. For the reasons stated in the Motion, Worldpac asks this Court to dismiss the Complaint in its entirety, with prejudice.

10. Plaintiff should show cause as to why the Complaint should not be dismissed, and Worldpac requests that the Court order Plaintiff to show cause by

Friday May 2, 2025. Should Plaintiff fail to do so, Worldpac requests this Court to dismiss the Complaint in its entirety, with prejudice.

11. A proposed Order is attached hereto as **Exhibit 3.**

Respectfully submitted this 21st day of April, 2025.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Amy B. Cheng*
Amy B. Cheng
Georgia Bar No. 261897
Alissa N. Watson
Georgia Bar No. 518514
201 17th Street, NW, Suite 1700
Atlanta, Georgia 30363
(404) 322-6000 (Phone)
(404) 322-6050 (Fax)
amy.cheng@nelsonmullins.com
alissa.watson@nelsonmullins.com

Mitchell Boyarsky
*Pro hac vice*
330 Madison Avenue
27th Floor
New York, NY 10017
(212) 413-9000 (Phone)
(646) 428-2610 (Fax)
mitch.boyarsky@nelsonmullins.com

## **LOCAL RULE 7.1(D) CERTIFICATION**

Pursuant to LR 7.1D, counsel for Defendant certifies that the foregoing document has been prepared in Times New Roman 14-point font, one of the fonts approved in LR 5.1(B).

This 21st day of April, 2025.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Amy B. Cheng*
Amy B. Cheng
Georgia Bar No. 261897
Alissa N. Watson
Georgia Bar No. 518514
201 17th Street, NW, Suite 1700
Atlanta, Georgia 30363
(404) 322-6000 (Phone)
(404) 322-6050 (Fax)
amy.cheng@nelsonmullins.com
alissa.watson@nelsonmullins.com

Mitchell Boyarsky
*Pro hac vice*
330 Madison Avenue
27th Floor
New York, NY 10017
(212) 413-9000 (Phone)
(646) 428-2610 (Fax)
mitch.boyarsky@nelsonmullins.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have filed a copy of the foregoing via the Court's e-filing system, and further, have mailed a true and accurate copy of the foregoing to the following address via certified mail:

Jason Price
484 Bottesford Dr.
Kennesaw, GA 30144

This 21st day of April, 2025.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Amy B. Cheng*
Amy B. Cheng
Georgia Bar No. 261897
Alissa N. Watson
Georgia Bar No. 518514
201 17th Street, NW, Suite 1700
Atlanta, Georgia 30363
(404) 322-6000 (Phone)
(404) 322-6050 (Fax)
amy.cheng@nelsonmullins.com
alissa.watson@nelsonmullins.com

Mitchell Boyarsky
*Pro hac vice*
330 Madison Avenue
27th Floor
New York, NY 10017
(212) 413-9000 (Phone)
(646) 428-2610 (Fax)
mitch.boyarsky@nelsonmullins.com

***Attorneys for Defendant Worldpac, LLC***