# EXHIBIT 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JASON PRICE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WORLDPAC, INC.,<br><br>　　　　Defendant. | CIVIL ACTION FILE<br>NO. 1:25-cv-01386-SDG |

## [PROPOSED] ORDER FOR PLAINTIFF TO SHOW CAUSE WHY PLAINTIFF'S COMPLAINT SHOULD NOT BE DISMISSED

This matter came before the Court on Defendant's Motion for Order to Show Cause Why Plaintiff's Complaint Should Not Be Dismissed ("Motion"). The Motion is based on the Plaintiff Jason Price's ("Plaintiff") failure to respond to the Defendant's Motion to Dismiss, or in the Alternative, Motion for More Definite Statement filed on March 24, 2025 ("Dispositive Motion"). Pursuant to Local Rule 7.1, Plaintiff's response was due on April 11, 2025.

Upon consideration of the pleadings, the Motion, and the record as a whole, the Court finds that that Plaintiff has failed to timely respond to the Dispositive Motion. Plaintiff is ordered to show good cause by Friday May 2, 2025. If Plaintiff fails to do so, the Court will dismiss his Complaint with prejudice.

Accordingly, the Motion is **GRANTED** and it is **ORDERED** that the Plaintiff show cause why the Complaint should not be dismissed by Friday, April 18, 2025.

**SO ORDERED** this ___ day of _____, 2025.

_____
THE HONORABLE JUDGE STEVEN G. GRIMBERG
UNITED STATES DISTRICT JUDGE FOR THE NORTHERN DISTRICT OF GEORGIA